IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **MANDIE ROGERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-01019-CV-W-GAF |
| vs. | ) | |
| | ) | |
| **CASEY'S GENERAL STORE,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that Plaintiff will take the deposition of Mandie Rogers on Monday, October 7, 2019 at 9:30 a.m. The deposition will take place at the offices of Cooper Group Court Reporting, 800 E. 101st Terrace, Suite 350, Kansas City, Missouri 64131. The deposition, if not completed on the aforementioned day, will be continued from day to day, at the same place between the hours of 9:30 a.m. and 5:00 p.m. until completed.

The deposition will be recorded by a stenographer from the Cooper Group and videotaped by the Lunceford Law Firm, LLC. This deposition is being taken for the purposes of discovery, for use at hearing or trial, or both, and for any other such purposes as are permitted under the Missouri Rules of Civil Procedure or other applicable law.

Respectfully submitted,

LUNCEFORD LAW FIRM, LLC

by:/s/ *David A. Lunceford*

David A. Lunceford, MO #47014
Pamela N. Jorgensen, MO #69718
201 S.E. First Street
Lee's Summit, Missouri 64063
Telephone: (816) 525-4701
Facsimile: (816) 347-0366

LLF.DLunceford@gmail.com
LLF.PJorgensen@gmail.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, the foregoing was electronically filed via this Court's ECF System which provided service on all counsel of record.

*/s/ David A. Lunceford*
Attorney for Plaintiff