IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MANDIE ROGERS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:18-01019-CV-W-GAF |
| CASEY'S GENERAL STORE[1] | ) |
| And | ) |
| CASEY'S MARKETING COMPANY, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I served Defendant's Objections and Responses to Plaintiff's Notice of Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) by electronic mail on the 30th day of August, 2019, to:

David A. Lunceford
Lunceford Law Firm, LLC
201 S.E. First Street
Lee's Summit, MO 64063
LLF.DLunceford@gmail.com

ATTORNEYS FOR PLAINTIFF

---

[1] Casey's General Stores, Inc. ("CGS") is not the proper corporate defendant. CGS is a holding company that does not have any employees. Casey's Marketing Company ("CMC"), not CGS, owned the store at which Plaintiff worked. As such, Plaintiff was a CMC employee, not a CGS employee, and CMC is the proper corporate defendant.

Respectfully submitted,

*/s/ Robert J. Rojas*
Jeffrey D. Hanslick (MO #46693)
Robert J. Rojas (MO #65144)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106
(816) 627-4400 (telephone)
(816) 627-4444 (facsimile)
jhanslick@littler.com
rrojas@littler.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

By signing below, I certify that Littler Mendelson, P.C. served the foregoing on Plaintiff's counsel (address below) via the Court's ECF system this 30th day of August, 2019:

David A. Lunceford
Lunceford Law Firm, LLC
201 S.E. First Street
Lee's Summit, MO 64063
LLF.DLunceford@gmail.com

ATTORNEYS FOR PLAINTIFF

*/s/ Robert J. Rojas*
**ATTORNEY FOR DEFENDANTS**