# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MANDIE ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:18-01019-CV-W-GAF |
| vs. | ) |
| | ) |
| CASEY'S GENERAL STORE[1] | ) |
| And | ) |
| CASEY'S MARKETING COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION

Defendant will take the videotaped deposition of Plaintiff Mandie Rogers upon oral examination on the 9th day of October, 2019, beginning at 9:00 a.m. at the offices of Littler Mendelson, P.C., 1201 Walnut Street, Suite 1450, Kansas City, Missouri 64106.[2] Said deposition will be upon oral examination before a certified court reporter recorded stenographically and videographer. The deposition will continue from day to day until completed.

---

[1] Casey's General Stores, Inc. ("CGS") is not the proper corporate defendant. CGS is a holding company that does not have any employees. Casey's Marketing Company ("CMC"), not CGS, owned the store at which Plaintiff worked. As such, Plaintiff was a CMC employee, not a CGS employee, and CMC is the proper corporate defendant.

[2] This Notice replaces Plaintiff's previous Notice of Videotaped Deposition, in which Plaintiff filed on July 24, 2019 a Notice to take Plaintiff's deposition on October 07, 2019.

Respectfully submitted,

*/s/ Robert J. Rojas*
Jeffrey D. Hanslick (MO #46693)
Robert J. Rojas (MO #65144)
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
(816) 627-4400 (telephone)
(816) 627-4444 (facsimile)
jhanslick@littler.com
rrojas@littler.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

By signing below, I certify that Littler Mendelson, P.C. served the foregoing on Plaintiff's counsel (address below) via the Court's ECF system this 4th day of September, 2019:

David A. Lunceford
Lunceford Law Firm, LLC
201 S.E. First Street
Lee's Summit, MO 64063
LLF.DLunceford@gmail.com

ATTORNEYS FOR PLAINTIFF

*/s/ Robert J. Rojas*
**ATTORNEY FOR DEFENDANTS**